UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DEBRA LYNN WEGRZYN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:15-cv-01018 |
| v. | ) |
| | ) |
| DIGIPHOTO ENTERTAINMENT IMAGING, LLC | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the Plaintiff, Debra Lynn Wegrzyn and Defendant, Digiphoto Entertainment Imaging, LLC, this case was resolved and therefore the Parties agree to a dismissal with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court being sufficiently advised:

IT IS HEREBY ORDERED that this case is dismissed with prejudice. The Parties shall be responsible for their own costs, fees and expenses.

It is so ORDERED this  6th  day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

**PREPARED AND SUBMITTED BY:**

s/Ann Buntin Steiner
Ann Buntin Steiner, BPR No. 11697
**STEINER & STEINER**
613 Woodland Street
Nashville, TN 37206
Tel: (615) 244-5063
asteiner@steinerandsteiner.com
**COUNSEL FOR PLAINTIFF**

s/Allison M. Cotton
Mark E. Stamelos, BPR No. 021021
Allison M. Cotton, BPR No. 029286
**FORDHARRISON LLP**
150 3rd Avenue South, Suite 2010
Nashville, Tennessee 37201
Tel: (615) 574-6700/ Fax: (615) 574-6701
mstamelos@fordharrison.com
acotton@fordharrison.com
**COUNSEL FOR DEFENDANT**

WSACTIVELLP:8740057.1